ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| L3 Harris Technologies, Inc. | ) ASBCA No. 62474 |
| | ) |
| Under Contract No. N00024-05-C-4304 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:        Paul E. Pompeo, Esq.
Sonia Tabriz, Esq.
  Arnold & Porter Kaye Scholer LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
Alexander M. Healy, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Hanscom AFB, MA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: February 9, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62474, Appeal of L3 Harris Technologies, Inc., rendered in conformance with the Board's Charter.

Dated: February 9, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals